# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Berman, Richard M. | 2. Court or Organization<br><br>U.S. District court - S.D.N.Y. | 3. Date of Report<br><br>10/26/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. District Court
500 Pearl Street
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 10/26/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 10/26/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Morgan Stanley | Line of Credit | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 10/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Apple Inc | A | Dividend | L | T | | | | | |
| 2. | Liberty Media Corp Liberty Cap Cl A | A | Dividend | K | T | | | | | |
| 3. | LM CBA Equity Income Builder Fund CL A | A | Dividend | K | T | | | | | |
| 4. | Morgan Stanley Money Market Fund | A | Interest | J | T | | | | | |
| 5. | US Treasury Inflation Index NTS CPI Non Seasonally | A | Interest | M | T | | | | | |
| 6. | SPDR S&P 500 ETF Trust | | None | K | T | | | | | |
| 7. | Liberty Media Corp Liberty Cap com Ser A | | None | K | T | | | | | |
| 8. | Liberty Media Corp Liberty Cap Com Ser A | | None | K | T | | | | | |
| 9. | SPDR Gold Trust | | None | J | T | | | | | |
| 10. | Vanguard 500 Index Trust | C | Distribution | M | T | | | | | |
| 11. | Vanguard Total Intl Index | C | Distribution | M | T | | | | | |
| 12. | Vanguard Total Stock Index | D | Distribution | M | T | | | | | |
| 13. | Fairholme Fund | D | Dividend | | | Sold (part) | 07/27/15 | K | C | |
| 14. | | | | | | Buy (add'l) | 12/11/15 | L | | |
| 15. | | | | | | Sold (part) | 12/18/15 | L | | |
| 16. | | | | | | Sold | 12/23/15 | M | | |
| 17. | Ishares Russell 2000 Index Fund | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 10/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UTS SPDR Trust Ser 1 | C | Dividend | L | T | | | | | |
| 19. TSASC Inc NY TOB Settlement Asset | C | Interest | L | T | | | | | |
| 20. New York St Urban Dev Corp Rev Personal Income Tax | B | Interest | M | T | | | | | |
| 21. Metropolitan Trans Auth NY Dedicated Tax FD A Revs FGIC | C | Interest | | | Sold | 10/01/15 | L | | |
| 22. T-C Infl Lnkd Bond Rtmt | A | Distribution | K | T | | | | | |
| 23. T-C Lifecycle 2020 Rtmt | | None | K | T | | | | | |
| 24. T-C Lifecycle Rtmt Inc Rtmt | A | Distribution | K | T | | | | | |
| 25. Property Indian River County, FL | E | Rent | L | W | | | | | |
| 26. Scottsdale Ariz Mun PPTY Corp Excise Tax Rev Pref B/E | B | Interest | | | Sold | 01/13/15 | K | A | |
| 27. China Mobile LTD Spn ADR | A | Dividend | J | T | | | | | |
| 28. SPDR Gold Trust | | None | K | T | | | | | |
| 29. Ishares TR Dow Jones US | A | Dividend | J | T | | | | | |
| 30. Union Pacific corp | A | Dividend | J | T | | | | | |
| 31. Rydex ETF TR Index Fund | A | Dividend | J | T | | | | | |
| 32. New Jersey St Genl Obligation | B | Interest | K | T | Sold (part) | 01/13/15 | K | A | |
| 33. New York State Dorm Auth Pers Inc Tax Rev 2/15/2022 | B | Interest | L | T | | | | | |
| 34. Spartan Total Market Index | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 10/26/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Spartan Small Cap Index | A | Interest | K | T | | | | | |
| 36. Costco Wholesale Crp | A | Dividend | K | T | | | | | |
| 37. Goldman Sachs Group Inc | A | Dividend | K | T | | | | | |
| 38. Vanguard S and P Mid Cap 400 | A | Dividend | J | T | | | | | |
| 39. Liberty Media Corporation.com | A | Dividend | J | T | | | | | |
| 40. NYC GO Ser E 8/01/2019 | B | Interest | | | Sold | 06/03/15 | L | | |
| 41. Netflix | A | Dividend | J | T | | | | | |
| 42. Liberty Media Corp Ser A | | None | K | T | | | | | |
| 43. NYC GO Ser F 11/15/2018 | A | Interest | | | Sold | 02/18/15 | L | | |
| 44. United States Treasury Bill | B | Interest | M | T | | | | | |
| 45. NYC GO Ser E 8/1/2018 | C | Interest | | | Sold | 06/03/15 | M | | |
| 46. Liberty Spinco Inc Cl A | A | Dividend | J | T | | | | | |
| 47. Invisa Inc | A | Dividend | J | T | | | | | |
| 48. Stratasys LTD | A | Dividend | J | T | | | | | |
| 49. Guggenheim S&P 500 Equal Weight | A | Dividend | K | T | | | | | |
| 50. Vanguard S&P 500 ETF | A | Dividend | K | T | | | | | |
| 51. Metropolitan Trans Auth NY Tax FD 11/15/2020 | D | Interest | | | Sold | 05/27/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 10/26/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NYC GO Ser I 4/1/2019 | B | Interest | | | Sold | 10/22/15 | M | | |
| 53. NYC GO Ser B 8/15/2018 | B | Interest | | | Sold | 10/21/15 | M | | |
| 54. NYC Trans Fin Auth Future Tax Ser D 11/1/2019 | A | Interest | | | Sold | 02/18/15 | K | | |
| 55. Freeport NY GO Ser A 5/1/2019 | B | Interest | | | Sold | 01/13/15 | L | | |
| 56. Western Asset Short Duration Muni Inc C | A | Dividend | | | Sold (part) | 09/03/15 | M | | |
| 57. | | | | | Sold | 11/19/15 | L | | |
| 58. Rochester NY 8/15/2018 | D | Interest | | | Sold (part) | 05/27/15 | J | | |
| 59. | | | | | Sold (part) | 09/15/15 | K | | |
| 60. | | | | | Sold | 10/21/15 | M | | |
| 61. Metropolitan Trans Auth NY Tax FD A 11/15/2021 | D | Interest | M | T | | | | | |
| 62. Metropolitan Trans Auth NY Rev D 11/15/2018 | D | Interest | L | T | Sold (part) | 05/20/15 | M | | |
| 63. | | | | | Sold (part) | 05/27/15 | M | | |
| 64. | | | | | Sold (part) | 10/21/15 | M | | |
| 65. NYC GO Ser G 12/15/2019 | C | Interest | | | Sold | 07/14/15 | M | | |
| 66. North Towanda NYC 9/15/2020 | C | Interest | M | T | | | | | |
| 67. North Towanda NYC 9/15/2020 | A | Interest | | | Sold (part) | 01/13/15 | L | | |
| 68. NYS Dormitory Auth Sales Tax A 3/15/2020 | A | Interest | | | Sold | 01/13/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 10/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Liberty Broadband Corp | A | Interest | | | Sold | 01/08/15 | J | A | |
| 70. Chicago Ill 1/1/2032 | B | Interest | | | Buy | 07/14/15 | M | | |
| 71. | | | | | Sold | 10/30/15 | M | A | |
| 72. Liberty NY Dev Corp 10/1/2035 | D | Interest | | | Buy | 05/27/15 | M | | |
| 73. | | | | | Sold | 12/14/15 | M | A | |
| 74. Nassau Cnty NY 4/1/33 | C | Interest | | | Buy | 06/03/15 | M | | |
| 75. | | | | | Sold | 12/14/15 | M | B | |
| 76. NYC Trans Fin Auth Future Tax 2/1/2035 | B | Interest | | | Buy | 05/20/15 | M | | |
| 77. | | | | | Sold | 12/14/15 | M | B | |
| 78. NYS Dorm Auth Pers Tax Ser B 3/15/2030 | D | Interest | M | T | Buy | 02/18/15 | M | | |
| 79. Port Auth 12/1/2027 | B | Interest | M | T | Buy | 09/09/15 | M | | |
| 80. NYS Thruway Auth 1/1/2032 | A | Interest | M | T | Buy | 09/09/15 | M | | |
| 81. NYC GO Ser C 8/1/2032 | A | Interest | M | T | Buy | 10/21/15 | M | | |
| 82. Chicago City GO Ref A 1/1/2034 | A | Interest | M | T | Buy | 10/22/15 | M | | |
| 83. Liberty NY Dev Corp 10/1/2037 | A | Interest | N | T | Buy | 10/21/15 | N | | |
| 84. City of Chicago Second Lien 11/1/2030 | A | Interest | M | T | Buy | 10/30/15 | M | | |
| 85. Troy NY Cap Resource 8/1/2029 | A | Interest | M | T | Buy | 11/19/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 10/26/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Triborough Bridge Ref B 11/15/2025 | A | Interest | M | T | Buy | 12/23/15 | M | | |
| 87. Illinois GO 3/1/2024 | A | Interest | M | T | Buy | 12/23/15 | M | | |
| 88. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 10/26/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard M. Berman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544